444 F.2d 222
 Broward DAVIS, Defendant-Appellant,
v.
UNITED STATES of America, Plaintiff-Appellee.
 No. 30690 Summary Calendar.**
 United States Court of Appeals, Fifth Circuit.
 June 24, 1971.
 
 Appeal from United States District Court for the Southern District of Florida; C. Clyde Atkins, District Judge.
 Broward Davis, pro se, Morton Orbach, Miami, Fla., for defendant-appellant.
 Robert W. Rust, U. S. Atty., Miami, Fla., Richard A. Hauser, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 **
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966